UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 23-96 KMM/JFD

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| DOMINIQUE LAMAR SCARVER, | ) | |
| a/k/a "Dominque Lamar Scarver," | ) | |
| a/k/a "Dominique Cramer Scarver," | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about January 3, 2023, in the State and District of Minnesota, the defendant,

**DOMINIQUE LAMAR SCARVER**,
a/k/a "Dominque Lamar Scarver,"
a/k/a "Dominique Cramer Scarver,"

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
| --- | --- | --- |
| Escape From Custody | Ramsey County, MN | August 6, 2020 |
| First Degree Aggravated Robbery | Ramsey County, MN | January 18, 2019 |


SCANNED
MAR 14 2023
U.S. DISTRICT COURT MPLS

U.S. v. Dominique Lamar Scarver

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Possession of a Firearm by an Ineligible Person | Ramsey County, MN | October 11, 2018 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson .40 caliber SW40VE pistol bearing serial number DSD0273, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories, and ammunition involved in or used in connection with such violation, including but not limited to, the Smith & Wesson .40 caliber SW40VE pistol bearing serial number DSD0273 charged in Count 1 of this Indictment, together with accessories and ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY              FOREPERSON

2